# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCENE TEARPOCK-MARTINI,** Plaintiff | No. 3:12cv2223 |
| v. | (Judge Munley) |
| **SHICKSHINNY BOROUGH, JULE MOORE, MICHEAL STEEBER, ROSALIE WHITEBREAD and JAMES WIDO,** Defendants | |

## ORDER

**AND NOW**, to wit, this 19th day of March 2015, the defendants' amended motion to dismiss plaintiff's amended complaint (Doc. 36) is hereby **GRANTED** in part.

1) Qualified Immunity applies to Jule Moore, Michael Steeber, Roasalie Whitebread and James Wido, and they are **DISMISSED** from this case;

2) The Amended Complaint's request for punitive damages is **DISMISSED** as moot; and

3) The motion is **DENIED** in all other respects.

                                   **BY THE COURT:**

                                   **s/ James M. Munley**
                                   **JUDGE JAMES M. MUNLEY**
                                   **United States District Court**