# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCENE TEARPOCK-MARTINI,** **Plaintiff** | No. 3:12cv2223 |
| v. | (Judge Munley) |
| **SHICKSHINNY BOROUGH,** **Defendant** | |

## ORDER

**AND NOW**, to wit, this 22nd day of July 2016, Defendant Shickshinny Borough's motion for summary judgment (Doc. 49) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of defendant and against the plaintiff, and to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**